UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:26-cv-00535-FWS-ADS | Date | April 22, 2026 |
|---|---|---|---|
| Title | Kenneth Weaver v. Experian Information Solutions, Inc. | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal                                 Not Reported
Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                            None Present

PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

The court, having been advised by a Notice of Settlement [11] that this action settled, hereby orders this action dismissed without prejudice.   The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **60 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

                                                                                        -     :     -

                                                        Initials of Deputy Clerk    rrp

CC: